**STATE of Missouri, Respondent,**

v.

**Bruce E. HUGHES, Appellant.**

**No. WD 37908.**

Missouri Court of Appeals,
Western District.

Sept. 30, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 25, 1986.

Application to Transfer Denied Jan. 13, 1987.

Sean O'Brien, Public Defender, Bruce R. Anderson, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and SHANGLER and KENNEDY, JJ.

## ORDER

PER CURIAM.

Appeal from jury trial convictions of burglary in the second degree, t 569.170 RSMo 1978, and stealing, t 570.030 RSMo 1978, and sentence as a prior offender to concurrent five-year terms.

Judgment affirmed. Rule 30.25(b).